IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

DAVID PAGE, ADC #143815                                                                                        PLAINTIFF

v.                                           5:14CV00218-JM-JJV

GREGORY T. CHAMBERS; *et al.*                                                                              DEFENDANTS

**ORDER**

The Court has reviewed the Proposed Findings and Recommended Partial Disposition submitted by United States Magistrate Judge Joe J. Volpe and Plaintiff's Objections. After carefully considering the objections and making a *de novo* review of the record, the Court concludes that the Proposed Findings and Recommended Partial Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1. Plaintiff's claims against Defendants Evans, Jackson, Outlaw, Ruh, Straughn, Young, and Williams are DISMISSED without prejudice for failure to state a claim upon which relief may be granted;

2. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from an Order adopting these recommendations would not be taken in good faith.

Dated this 30th day of July, 2014.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE