**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

DAVID PAGE, ADC #143815                                                                                    PLAINTIFF

v.                                          5:14CV00218-JM-JJV

GREGORY T. CHAMBERS; *et al.*                                                                           DEFENDANTS

**ORDER**

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe. After carefully considering the objections and making a *de novo* review of the record, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1. Defendants' Motion for Summary Judgment (Doc. No. 77) is GRANTED in part and DENIED in part:

    A. Plaintiff's official capacity claims against all Defendants and his failure to intervene claims against Defendants Strickland and Tucker, to the extent he raises any, are DISMISSED with prejudice.

    B. The Motion for Summary Judgment is denied in all other respects.

DATED this 29th day of June, 2015.

JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE